```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15905
    SULTAN G HATAMLEH
    MONA HATAMLEH                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2827     SSN XXX-XX-4835

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/04/2006 and was not confirmed.

      The case was transferred 01/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WORLDSAVINGS               CURRENT MORTG         .00            .00           .00
BOA MBNA                   UNSECURED         NOT FILED          .00           .00
BOA MBNA                   UNSECURED         NOT FILED          .00           .00
CALVARY INVESTMENTS        UNSECURED         NOT FILED          .00           .00
CAPITAL ONE                UNSECURED           2218.47          .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
CHASE                      UNSECURED         NOT FILED          .00           .00
DISCOVER CARD              UNSECURED         NOT FILED          .00           .00
DISCOVER CARD              UNSECURED         NOT FILED          .00           .00
ELAN FININCIAL SVC         UNSECURED         NOT FILED          .00           .00
ELAN FININCIAL SVC         UNSECURED         NOT FILED          .00           .00
FIRST USA BANK             UNSECURED         NOT FILED          .00           .00
FIRST USA BANK             UNSECURED         NOT FILED          .00           .00
GEMB JCPENNY               UNSECURED         NOT FILED          .00           .00
GEMB JCPENNY               UNSECURED         NOT FILED          .00           .00
HSBC NV                    UNSECURED         NOT FILED          .00           .00
HSBC NV                    UNSECURED         NOT FILED          .00           .00
KOHLS/CHASE BANK USA       UNSECURED            199.83          .00           .00
KOHLS/CHASE                UNSECURED         NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED             97.72          .00           .00
B-LINE LLC                 UNSECURED           2073.27          .00           .00
B-LINE LLC                 UNSECURED            876.78          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           3793.32          .00           .00
PHILIP A IGOE              DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15905 SULTAN G HATAMLEH & MONA HATAMLEH
```

```
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                           ---------------    ---------------
TOTALS                         .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE